2007 OK CIV APP 29

**Thomas McCAMEY, Plaintiff/Appellant,**

v.

**MEDICAL CENTERS OF OKLAHOMA, L.L.C., as Successor by merger of Notami Hospitals Of Oklahoma, Inc., d/b/a Tulsa Regional Medical Center, and Dr. Joebob Kirk, Defendants/Appellees,**

and

**Dr. Michael Whitworth, Defendant.**

**No. 102439.**

Court of Civil Appeals of Oklahoma, Division No. 3.

March 13, 2007.

---

C. Rabon Martin, Christopher Rabon Martin, Martin & Associates, P.C., Tulsa, OK, for Plaintiff/Appellant,

Leslie C. Weeks, David A. Russell, Rodolf & Todd, Tulsa, OK, for Defendants/Appellees.

KENNETH L. BUETTNER, Judge.

¶1 Appellant Thomas McCamey has requested rehearing of the decision filed December 8, 2006. Appellees have responded. Based upon the *Zeier v. Zimmer*, 2006 OK 98, 152 P.3d 861, which was handed down December 19, 2006, and mandated March 2, 2007, we reverse the trial court order dismissing Appellant's Petition for failure to file an affidavit or written opinion as required by 63 O.S. Supp.2003 § 1–1708.1 E.

¶2 This matter is remanded for further proceedings.

REVERSED.

ADAMS, J., and MITCHELL, V.C.J., concur.